Opinion issued July 17, 2008














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00184-CR

____________


EDEDEM EDEM, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 178th District Court

Harris County, Texas

Trial Court Cause No. 1094349






MEMORANDUM OPINION

 We abated this appeal on July 2, 2008. On July 8, 2008, appellant filed with
the Clerk of this Court a motion to dismiss the above-referenced appeal. The motion
complies with the Texas Rules of Appellate Procedure. See Tex. R. App. P. 42.2(a).

 We order the appeal reinstated. We have not yet issued a decision. 
Accordingly, the motion is granted and the appeal is dismissed. 

 Any pending motions are dismissed as moot.

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).